AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

Northern District of California

FILED

APR - 7 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4-14-70474-MAG |
| | ) | |
| Ronnell Smith, Sr. | ) | Charging District: District of Kansas, Kansas City |
| | ) | |
| *Defendant* | ) | Charging District's Case No. 14-20013-01-CM-JPO |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court, District of Kansas<br>Robert J. Dole United States Courthouse<br>500 State Avenue, Room 259<br>Kansas City, KS 66101-2400 | Courtroom No.: | To Be Determined |
|---|---|---|---|
| | | Date and Time: | Defendant to report to USDC, District of Kansas within 30 days from 4/7/2014. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 4/7/14

*Judge's signature*

**DONNA M. RYU**, United States Magistrate Judge
*Printed name and title*

cc: Copy to parties via ECF, Pretrial Services